UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICOLE STRILLACCI                                    JURY TRIAL DEMANDED

v.                                                   CASE NO.  3:09CV 2112 (CSH)

PINNACLE ASSET GROUP, L.L.C.
FRANK TAIMANI
RAYMOND STILWELL

NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action without

costs or fees based on the parties' settlement agreement.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on January 29, 2010, a copy of foregoing Notice of Dismissal was filed
electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic
filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net